| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Y. Lo, Esq.                    BAR #101702<br>Law Offices of Michael Y. Lo<br>506 North Garfield Ave, Suite 280<br>Alhambra, CA 91801<br>Tel: 626.289.8838<br>Fax: 626.380.3333<br>Email: bklolaw@gmail.com | |
| ☐  *Debtor appearing without attorney*<br>☒  *Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>Sandra Tseng<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:13-bk-14571-MJ<br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:** Discover Bank

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Type of Case:**

   a. ☒ A voluntary petition under chapter    ☐ 7   ☐ 11   ☐ 12   ☒ 13 was filed on: 03/15/2013

   b. ☐ An involuntary petition under chapter    ☐ 7   ☐ 11 was filed on: _____

        ☐ An order of relief under chapter    ☐ 7   ☐ 11 was entered on: _____

   c. ☐ An order of conversion to chapter    ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: _____

   d. ☐ Other:

5. **Procedural Status:**

   a. ☒ Name of trustee appointed *(if any)*: Rod Danielson, Chapter 13 Trustee

   b. ☐ Name of attorney of record for trustee *(if any)*: _____

6. Debtor claims an exemption in the subject real property under:

   a. ☒ California Code of Civil Procedure § 703.140(b)(1 (Homestead): Exemption amount claimed on
       schedules: $ 2,348.57

   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on
       schedules: $ _____

   c. ☐ Other statute (specify): _____

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:

   a. Date of entry of judgment (specify): 12/16/2010
   b. Case name (specify): Discover Bank vs. Sandra Tseng
   c. Docket number (specify): RIC1001909
   d. Date of recordation of lien (specify): 01/25/2011
   e. Recorder's instrument number or map/book/page (specify): 2011-0039791

8. The property claimed to be exempt is as follows:

   a. Street address (specify): 14127 Tiger Lily Ct., Corona, CA 92880

   b. Legal description (specify): LOT NO. 54 OF TRACT NO. 28687, IN THE COUNTY OF RIVERSIDE, STATE
       OF CALIFORNIA _____ ☐ See attached page

9. Debtor acquired the property claimed exempt on the following date (specify): 04/20/2005

10. Debtor alleges that the fair market value of the property claimed exempt is: $ 325,000.00

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| | | | | | |
|---|---|---|---|---|---|
| HSBC Bank | ☐ | 03/07/2007 | $ 417,000.00 | $ 382,746.23 | 03/15/2013 |
| HSBC Bank | ☐ | 03/07/2007 | $ 167,800.00 | $ 171,634.30 | 08/15/2012 |
| Discover Bank | ☒ | 01/25/2011 | $ 13,142.72 | $ 15,880.72 | 02/25/2013 |
| | ☐ | | $ | $ | |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):

a. ☒ Schedule C listing all exemptions claimed by Debtor

b. ☒ Appraisal of the property

c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above

d. ☒ Recorded Abstract of Judgment

e. ☐ Recorded Declaration of Homestead (Homestead Exemption)

f. ☒ Declaration(s)

g. ☐ Other (specify):

13. Total number of attached pages of supporting documentation: 39

14. Debtor declares under penalty of perjury under the laws of the United States that the foregoing is true and correct.

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

Date: 04/11/2013

Signature of Debtor

Sandra Tseng
Printed name of Debtor

Date: 04/11/2013

Signature of attorney for Debtor

Michael Y. Lo, Esq.
Printed name of attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                    F 4003-2.1.AVOID.LIEN.RP. MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 506 North Garfield Avenue, Suite 280, Alhambra, CA 91802

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*)  05/09/2013  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 Rod Danielson, Chapter 13 Trustee
 notice-efile@rodan13.com

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*)  05/09/2013  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2013 | Kelvin Lo | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 4              **F 4003-2.1.AVOID.LIEN.RP. MOTION**

This motion is brought for an order to avoid judicial lien held by Discover Bank on the debtor's principal residence at 14127 Tiger Lily Ct, Corona, CA 92880.  The motion is brought in good faith as it appears no creditors will be impacted adversely with the approval of this motion.

If you would like to request a full copy of the motion, please contact Law Offices of Michael Y. Lo at 626-289-8838 or email bklolaw@gmail.com

1  Honorable Judge Meredith Jury
   United States Bankruptcy Court
   3420 Twelfth Street, Suite 325/Courtroom 301
2  Riverside, CA 92501-3819

3

   **Directly Affected Creditors Served with Notice of Motion and Motion with Attached Exhibits Pursuant**
4  **to LBR 9013-1(o)(1)(B)**

5  David Nelms, CEO
   Discover Bank
6  502 E. Market Street
   Greenwood, DE 19950
7  Sussex County

8  Discover Bank
   c/o Tara Muren, Esq. or Mandie Bullock Esq.
9  CIR Law Offices, LLP
   8665 Gibbs Dr, Suite 150
10 San Diego, CA 92123

11 Discover Financial Serv LLC
   PO Box 15316
12 Wilmington, DE 19850

13 HSBC Bank
   2929 Walden Ave.
14 Depew, NY 14043

15 **Creditors Only Served with Notice of Motion Pursuant to LBR 9013-1(o)(1)(A)(iii)**

16 Asset Acceptance LLC                    Pinnacle Credit Services
   PO Box 1630                             7900 Highway 7 #100
17 Warren, MI 48090                        Minneapolis, MN 55426

18 Citi Cards/Citibank                     Portfolio Recovery Associates
   PO Box 6241                             120 Corporate Blvd. Suite 100
19 Sioux Falls, SD 57117                   Norfolk, VA 23502

20 Collection Consultants of Calif
   6100 San Fernando Road
21 Suite 211
   Glendale, CA 91201
22
   GECRB/AMAZON
23 PO Box 965015
   Orlando, FL 32896
24
   IRS
25 PO Box 7346
   Philadelphia, PA 19101-7346
26
   Midland Funding LLC
27 8875 Aero Dr.
   San Diego, CA 92123
28

# EXHIBIT A

## Miscellaneous:

6:13-bk-14571-MJ Sandra Tseng

Type: bk          Chapter: 13 v          Office: 6 (Riverside)
Assets: y          Judge: MJ

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Michael Y Lo entered on 4/10/2013 at 1:20 PM PDT and
filed on 4/10/2013
**Case Name:**      Sandra Tseng
**Case Number:**      6:13-bk-14571-MJ
**Document Number:** 16

**Docket Text:**
Amended Schedule C Filed by Debtor Sandra Tseng. (Lo, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Amended C with cover sheet.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=4/10/2013] [FileNumber=63266543-
0] [10974af60943494b3f57af2539a7aa177690fb9396778bdd1f7b63a69c9ba89a04
aa04703aa8396bbdde2ca5a2fc8b53499c485325d9f8c29a15863d6dd49d35]]

**6:13-bk-14571-MJ Notice will be electronically mailed to:**

Rod (MJ) Danielson (TR)
notice-efile@rodan13.com

Megan E Lees on behalf of Interested Party Courtesy NEF
ecfcacb@piteduncan.com

Michael Y Lo on behalf of Debtor Sandra Tseng
michaellolaw@yahoo.com, bklolaw@gmail.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

**6:13-bk-14571-MJ Notice will not be electronically mailed to:**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Michael Y. Lo, Esq.** | Atty Name (if applicable): | **Michael Y. Lo, Esq.** |
| Street Address: | **506 North Garfield Ave #280**<br>**Alhambra, CA 91801** | CA Bar No. (if applicable): | 101702 |
| Filer's Telephone No.: | **626-289-8838** | Atty Fax No. (if applicable): | **626-380-3333** |

| | |
|---|---|
| In re:<br><br>**Sandra Tseng** | Case No. 6:13-bk-14571-MJ<br><br>Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐Yes    ☒No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐A    ☐B    ☒C    ☐D    ☐E    ☐F    ☐G    ☐H    ☐I    ☐J

☐ Statement of Social Security Number(s)    ☐ Statement of Financial Affairs
☐ Statement of Intention    ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Sandra Tseng**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

**\*\*FOR COURT USE ONLY\*\***

DATED:    **April 10th, 2013**

**/s/ Sandra Tseng**
**Sandra Tseng**
*Debtor Signature*

*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

### PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   **April 10th, 2013** _____

Kelvin Lo _____
Print or Type Name


/s/ Kelvin Lo _____
Signature


(SEE ATTACHED MAILING LIST.)


Rod Danielson, Chapter 13 Trustee
notice-efile@rodan13.com

B6C (Official Form 6C) (4/10)

In re   **Sandra Tseng**                                                    Case No. _____
                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **14127 Tiger Lily Ct.** | C.C.P. § 703.140(b)(1) | 2,348.57 | 319,275.00 |
| **Corona, CA 92880** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Savings Acct Ending in 2861** | C.C.P. § 703.140(b)(5) | 10,000.00 | 0.00 |
| | | | |
| **Wells Fargo Checking Acct Ending in 6149** | C.C.P. § 703.140(b)(5) | 1,926.43 | 1,926.43 |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Sofa 1, Sofa 2  Dinning Table  Coffee Table 1** | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Coffee Table 2  TV 1  TV 2  Bed 1  Bed 2  Bed 3** | | | |
| **Dresser 1  Dresser 2  Washer Dryer** | | | |
| **Refrigerator  Office Desk** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books** | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| | | | |
| **Wearing Apparel** | | | |
| **Everyday Clothing** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Gold Rings** | C.C.P. § 703.140(b)(4) | 800.00 | 800.00 |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Marketstone Technology Inc.** | C.C.P. § 703.140(b)(5) | 10,000.00 | 0.00 |
| **Computer software consulting corporation** | | | |
| **(no assets)** | | | |
| **(Husband is 100% Shareholder)** | | | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Computers, Laptops** | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |

| | Total: | 29,375.00 | 326,301.43 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

# EXHIBIT B

| Owner | Sandra Tseng | | | File No. 130337 | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County  Riverside | | State  CA | Zip Code  92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



03/22/2013

14127 Tiger Lily Ct
.13 Acres M/L In Lot 54 Mb 339/056 Tr 28687
Corona, CA 92880

Law Offices of Michael Y. Lo

URAR ....................................................................................................................................................................... 1
Additional Comparables 4-6 .................................................................................................................................. 7
UAD Definitions Addendum ................................................................................................................................... 8
TRULIA MARKET TRENDS(SUBJECT ZIP CODE) ............................................................................................. 11
SUBJECT PROPRTY PROFILE ........................................................................................................................... 12
AERIAL MAP ......................................................................................................................................................... 13
PLAT Map .............................................................................................................................................................. 14
Building Sketch (Page - 1) .................................................................................................................................... 15
Location Map ......................................................................................................................................................... 16
Subject Photos ...................................................................................................................................................... 17
Interior Photos ...................................................................................................................................................... 18
Comparable Photos 1-3 ........................................................................................................................................ 19
Comparable Photos 4-6 ........................................................................................................................................ 20
Scanned Document ............................................................................................................................................... 21

# Uniform Residential Appraisal Report

File # 130337

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | |
|---|---|---|
| Property Address  14127 Tiger Lily Ct | City  Corona | State  CA   Zip Code  92880 |

Borrower                     Owner of Public Record  Sandra Tseng          County  Riverside

Legal Description  .13 Acres M/L In Lot 54 Mb 339/056 Tr 28687

Assessor's Parcel #  144-361-024          Tax Year  2011          R.E. Taxes $  5,949

Neighborhood Name  Eastvale          Map Reference  713A2          Census Tract  406.11

Occupant ☒ Owner  ☐ Tenant  ☐ Vacant          Special Assessments $  0          ☐ PUD   HOA $ 0          ☐ per year  ☐ per month

Property Rights Appraised ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)

Assignment Type ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Market Value

Lender/Client  Law Offices of Michael Y. Lo          Address  506 North Garfield Ave, Suite 280, Alhambra, CA 91801

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes  ☒ No

Report data source(s) used, offering price(s), and date(s).          MLS

## CONTRACT

I ☐ did  ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $          Date of Contract          Is the property seller the owner of public record?  ☒ Yes  ☐ No  Data Source(s)  NDC DATA

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☒ Increasing ☐ Stable ☐ Declining | | PRICE $ (000) | AGE (yrs) | One-Unit | 70 % |
| Built-Up | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | 200 Low | 5 | 2-4 Unit | 2 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 500 High | 40 | Multi-Family | % |
| | | | | | | 300 Pred. | 5 | Commercial | 3 % |
| | | | | | | | | Other | 25 % |

Neighborhood Boundaries  BOUNDED TO THE NORTH BY EDISON AVE., TO THE EAST BY ARCHIBALD AVE., TO THE SOUTH BY SCHLEISMAN RD., AND TO THE WEST BY EUCLID AVE.

Neighborhood Description     NEWER RESIDENTIAL NEIGHBORHOOD OF EASTVALE CONSISTS OF MOSTLY NEWER CONFORMING TRACT HOMES/PUD'S ABOUT 2 MILES FROM SANTA ANA RIVER PARKS. ABOVE AVERAGE EMPLOYMENT STABILITY. CONVENIENT TO MOST COMMUNITY SERVICES AND CONSUMER NEEDS. ACCESS TO THE 15 FREEWAY IS 2 MILES TO THE EAST.

Market Conditions (including support for the above conclusions)     THE AVERAGE MARKETING TIME IN THE SUBJECT'S NEIGHBORHOOD IS 2-4 MONTHS.  TYPICAL CONVENTIONAL, FIXED, ADJUSTABLE, FHA AND VA FINANCING ARE AVAILABLE IN THE SUBJECT'S AREA. CURRENT MARKET CONDITIONS APPEARED TO BE INCREASING(SEE ATTACHED 1004MC & TRULIA MARKET TRENDS FOR DETAILS).

## SITE

Dimensions 55' X 101.09'          Area  5560 sf          Shape RECTANGULAR          View  N;Res;

Specific Zoning Classification R1          Zoning Description  SINGLE FAMILY RESIDENCE

Zoning Compliance ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street  ASPHALT | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley  NONE | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No  FEMA Flood Zone  C          FEMA Map #  0602450680A          FEMA Map Date 09/26/2008

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe
NO APPARENT ADVERSE EASEMENTS, ENCROACHMENT NOR OTHER ADVERSE CONDITIONS. TITLE POLICY HAS NOT BEEN REVIEWED BY APPRAISER.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | CONCRETE/GD | Floors | WD,CPT,TILE /GD |
| # of Stories | 2 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | STUCCO/GD | Walls | DRYWALL/GD |
| Type ☐ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area | 0 sq.ft. | Roof Surface | TILE ROOF/GD | Trim/Finish | WOOD/GD |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish | 0 % | Gutters & Downspouts | GUTTER/GD | Bath Floor | TILE/GD |
| Design (Style) | Contemporary | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | DUAL PANE/GD | Bath Wainscot | TILE/GD |
| Year Built | 2004 | Evidence of ☐ Infestation | | Storm Sash/Insulated | adequate | Car Storage | ☐ None |
| Effective Age (Yrs) | 3-5 | ☐ Dampness ☐ Settlement | | Screens | SCREENS/GD | ☒ Driveway | # of Cars  3 |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | CONCRETE |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel  GAS | ☒ Fireplace(s) # 1 | ☒ Fence yes | ☒ Garage | # of Cars  3 |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Patio/Deck  COV. | ☒ Porch YES | ☐ Carport | # of Cars  0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | Pool NONE | Other NONE | ☐ Att. ☐ Det. ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   9 Rooms     5 Bedrooms     3.0 Bath(s)     2,760 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).     SUBJECT HAS WOOD AND TILE FLOORING, DUAL ZONE A/C, GRANITE KITCHEN COUNTERTOPS, STAINLESS STEEL APPLIANCES, RECESSED LIGHTING, PLATATION SHUTTERS, BUILT-IN BBQ.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).     C3;No updates in the prior 15 years;SUBJECT IS IN GOOD CONDITION. QUALITY OF CONSTRUCTION IS TYPICAL IN THE AREA. PHYSICAL DEPRECIATION IS GIVEN DUE TO AGE. NO EXTERNAL OR FUNCTIONAL INADEQUACIES ARE OBSERVED.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe
THE APPRAISER IS NOT A HOME INSPECTOR, AND RECOMMENDS THE CLIENT RETAIN AN EXPERT TO DETERMINE WHETHER ANY ADVERSE CONDITIONS(I.E. STRUCTURAL, MECHANICAL, ETC.) DO EXIST.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

# Uniform Residential Appraisal Report
**File # 130337**

There are __7__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 240,000 to $ 458,000 .

There are __71__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 248,000 to $ 469,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 14127 Tiger Lily Ct | 13765 Woodcrest Ct | | 7840 Serenity Falls Rd | | 14072 Almond Grove Ct | |
| | Corona, CA 92880 | Corona, CA 92880 | | Corona, CA 92880 | | Corona, CA 92880 | |
| Proximity to Subject | | 0.95 miles NE | | 0.19 miles SE | | 0.06 miles E | |
| Sale Price | $ | | 330,000 | | 330,000 | | 300,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 117.06 sq.ft. | | $ 122.00 sq.ft. | | $ 108.81 sq.ft. | |
| Data Source(s) | | CRMLS#C12078962 ;DOM 10 | | CRMLS#K12097324;DOM 61 | | CRMLS# P779407 ;DOM 449 | |
| Verification Source(s) | | DOC#7972 | | DOC#470206 | | DOC#471485 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Short | | Short | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s01/13;c11/12 | | s10/12;c08/12 | | s10/12;c06/12 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5560 sf | 6534 sf | -5,000 | 8276 sf | -13,500 | 5662 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Contemporary | Contemporary | | Contemporary | | Contemporary | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 9 | 11 | 0 | 7 | 0 | 9 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | +2,500 | Total Bdrms. Baths | +2,500 | Total Bdrms. Baths | |
| Room Count | 9 5 3.0 | 9 4 3.0 | 0 | 9 4 2.1 | +2,500 | 9 5 3.0 | 0 |
| Gross Living Area | 2,760 sq.ft. | 2,819 sq.ft. | -3,000 | 2,705 sq.ft. | +2,500 | 2,757 sq.ft. | 0 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 3CAR GARAGE | 2CAR GARAGE | +5,000 | 3CAR GARAGE | | 3CAR GARAGE | |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| AMENITIES: | NONE | NONE | | NONE | | NONE | |
| DAYS ON MARKET | NONE | 10 DAYS | 0 | 61 DAYS | 0 | 449 DAYS | 0 |
| APN# | 144-361-024 | 152-153-023 | 0 | 130-480-030 | 0 | 144-361-008 | 0 |
| Net Adjustment (Total) | | + - $ | -500 | + - $ | -6,000 | + - $ | 0 |
| Adjusted Sale Price | | Net Adj. 0.2 % | | Net Adj. 1.8 % | | Net Adj. 0% | |
| of Comparables | | Gross Adj. 4.7 % $ | 329,500 | Gross Adj. 6.4 % $ | 324,000 | Gross Adj. 0% $ | 300,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   MLS,REALIST

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   MLS,REALIST

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CRMLS | CRMLS | CRMLS | CRMLS |
| Effective Date of Data Source(s) | 03/22/2013 | 03/22/2013 | 03/22/2013 | 03/22/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales     THE SUBJECT HAS NO PRIOR SALE WITHIN THE LAST 36

MONTHS. ALL COMPARABLES HAVE NO PRIOR SALE WITHIN 12 MONTHS

Summary of Sales Comparison Approach     ADJUSTMENTS:$50/SF-GLA,$5/SF-SITE, $2,500/BEDROOM, $5,000/BATH, $300/YR-AGE,

A thorough search in the subject's market area was performed to determine the most comparable properties to the subject. The sales utilized are considered to be the most recent and pertinent sales in the subject neighborhood. All comparbles are similar to the subject in terms of overall market appeal. All adjustments were based on the contributory market value of each relative to the subject. All comparbles were equally considered in the final estimation of market value via the direct sales comparison approach.

Indicated Value by Sales Comparison Approach $    325,000

Indicated Value by: Sales Comparison Approach $   325,000     Cost Approach (if developed) $   325,694     Income Approach (if developed) $

MOST HOMES IN THE AREA ARE OWNER OCCUPIED, AND INCOME APPROACH IS NOT CONSIDERED RELEVANT. THE COST APPROACH IS WEAKENED BY THE INABILITY TO ACCURATELY MEASURE LAND VALUE AND ACCRUED DEPRECIATION. MOST WEIGHT GIVEN TO THE MARKET APPROACH.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THIS SUMMARY APPRAISAL IS INTENDED FOR USE BY THE LENDER/CLIENT FOR A MORTGAGE FINANCE TRANSACTION ONLY AND NOT FOR ANY OTHER USE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    325,000    , as of    03/22/2013    , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report    File # 130337

I have not appraised or reviewed an appraisal on the subject property within the past three years.

The estimated exposure time for the subject is 60 to 120  days.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    LAND VALUE IS DERIVED FROM ABSTRACTION AND CONFORMS TO THE AREA.

**COST APPROACH**

| | | | |
|---|---|---|---|
| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 25,000 |
| Source of cost data  MARSHALL & SWIFT | DWELLING   2,760 Sq.Ft. @ $   100.00 | =$ | 276,000 |
| Quality rating from cost service  C   Effective date of cost data  03/13 | 0 Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | |
| SEE ATTACHED SKETCH | Garage/Carport   750 Sq.Ft. @ $   30.00 | =$ | 22,500 |
| LAND VALUE DERIVED FROM ABSTRACTION AND CONFORMS TO | Total Estimate of Cost-New | =$ | 298,500 |
| THE AREA. | Depreciation   12,806 | Physical | Functional | External | =$( | 12,806) |
| LAND TO IMPROVEMENT VALUE RATIO IS TYPICAL FOR THE AREA. | Depreciated Cost of Improvements | =$ | 285,694 |
| COST INFORMATION IS SUPPLIED BY MARSHALL & SWIFT | "As-is" Value of Site Improvements | =$ | 15,000 |
| RESIDENTIAL COST BOOK. | | | |
| Estimated Remaining Economic Life (HUD and VA only)   67 Years | INDICATED VALUE BY COST APPROACH | =$ | 325,694 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $   X Gross Rent Multiplier   = $   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report    File # 130337

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

**File # 130337**

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 130337

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**   TONY HWANG

Signature
Name   TONY HWANG
Company Name   SOCAL APPRAISAL NETWORK
Company Address   1615 W. 27TH ST.
SAN PEDRO, CA 90732
Telephone Number   (626)448-1149
Email Address   TONYHWANGAPPRAISAL@GMAIL.COM
Date of Signature and Report   03/25/2013
Effective Date of Appraisal   03/22/2013
State Certification #   AG004083
or State License #
or Other (describe) _____ State #_____
State   CA
Expiration Date of Certification or License   02/03/2015

ADDRESS OF PROPERTY APPRAISED
14127 Tiger Lily Ct
Corona, CA 92880
APPRAISED VALUE OF SUBJECT PROPERTY $   325,000
LENDER/CLIENT
Name   No AMC
Company Name   Law Offices of Michael Y. Lo
Company Address   506 North Garfield Ave, Suite 280, Alhambra,
CA 91801
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection _____
☐ Did inspect interior and exterior of subject property
Date of Inspection _____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection _____

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 130337

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address  14127 Tiger Lily Ct | | 7663 Windflower Ct | | 7315 Valley Meadow Ave | | 7456 Clementine Dr | |
| Corona, CA 92880 | | Corona, CA 92880 | | Corona, CA 92880 | | Corona, CA 92880 | |
| Proximity to Subject | | 0.18 miles NE | | 0.54 miles N | | 0.37 miles N | |
| Sale Price | $ | $ | 350,000 | $ | 344,500 | $ | 313,400 |
| Sale Price/Gross Liv. Area | $          sq.ft. | $  148.56 sq.ft. | | $  115.80 sq.ft. | | $  120.54 sq.ft. | |
| Data Source(s) | | CRMLS#H12124509;DOM 9 | | CRMLS#E11150092 ;DOM 274 | | CRMLS#P834087 ;DOM 143 | |
| Verification Source(s) | | DOC#76176 | | PENDING SALE | | PENDING SALE | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Short | | Short | | Short | |
| Concessions | | Conv;0 | | CTNL;0 | 0 | CTNL;0 | 0 |
| Date of Sale/Time | | s02/13;c10/12 | | c01/13 | | c09/12 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5560 sf | 6098 sf | -2,500 | 6534 sf | -5,000 | 5663 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Contemporary | Contemporary | | Contemporary | | Contemporary | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 9 | 12 | 0 | 12 | 0 | 12 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | +2,500 | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | +2,500 |

| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | +2,500 | Total Bdrms. Baths | | Total Bdrms. Baths | +2,500 |
|---|---|---|---|---|---|---|---|
| Room Count | 9 | 5 | 3.0 | 9 | 4 | 2.1 | +2,500 | 9 | 5 | 3.0 | | 8 | 4 | 3.0 | +2,500 |
| Gross Living Area | 2,760 sq.ft. | 2,356 sq.ft. | +20,000 | 2,975 sq.ft. | -11,000 | 2,600 sq.ft. | +8,000 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | FAU/CAC | FAU/CAC | | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 3CAR GARAGE | 2CAR GARAGE | +5,000 | 2CAR GARAGE | +5,000 | 3CAR GARAGE | |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| AMENITIES: | NONE | NONE | | POOL/SPA | -10,000 | NONE | |
| DAYS ON MARKET | NONE | 10 DAYS | 0 | 274 DAYS | 0 | 143 DAYS | 0 |
| APN# | 144-361-024 | 152-153-023 | 0 | 144-240-001 | 0 | 144-190-017 | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $  27,500 | ☐ + ☒ - | $  -21,000 | ☒ + ☐ - | $  10,500 |
| Adjusted Sale Price | | Net Adj.  7.9 % | | Net Adj.  6.1 % | $ | Net Adj.  3.4 % | $ |
| of Comparables | | Gross Adj.  9.3 % $  377,500 | | Gross Adj.  9.0 % $  323,500 | | Gross Adj.  3.4 % | 323,900 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CRMLS | CRMLS | CRMLS | CRMLS |
| Effective Date of Data Source(s) | 03/22/2013 | 03/22/2013 | 03/22/2013 | 03/22/2013 |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004UAD.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No.   130337

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1

The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*\*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and the recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

## Quality Ratings and Definitions

### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Quality Ratings and Definitions (continued)

### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

**Other Appraiser-Defined Abbreviations**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## TRULIA MARKET TRENDS(SUBJECT ZIP CODE)

| Owner | Sandra Tseng | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | | |
| City | Corona | County | Riverside | State | CA | Zip Code  92880 |
| Client | Law Offices of Michael Y. Lo | | | | | |



| Location | Dec - Feb '13 | y-o-y | 3 months prior | 1 year prior | 5 years prior |
|---|---|---|---|---|---|
| 92880 | $380,000 | +9.7% | $354,560 | $346,500 | $450,500 |
| Corona | $335,250 | +13.6% | $322,500 | $295,000 | $425,000 |

Want to know more about prices in 92880, Corona? Ask local experts >>

### Corona, 92880 Summary

The median sales price for homes in ZIP code 92880 for Dec 12 to Feb 13 was $380,000. This represents an increase of 7.2%, or $25,440, compared to the prior quarter and an increase of 9.7% compared to the prior year. Sales prices have depreciated 15.6% over the last 5 years in 92880, Corona. The median sales price of $380,000 for 92880 is 13.35% higher than the median sales price for Corona CA. Average listing price for homes on Trulia in ZIP code 92880 was $403,208 for the week ending Mar 13, which represents an increase of 3.2%, or $12,599 compared to the prior week and an increase of 6.3%, or $23,944, compared to the week ending Feb 20. Average price per square foot for homes in 92880 was $149 in the most recent quarter, which is 3.87% lower than the average price per square foot for homes in Corona.

**SUBJECT PROPRTY PROFILE**

| Owner | Sandra Tseng | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | | | |
| City | Corona | County | Riverside | | State | CA | Zip Code | 92880 |
| Client | Law Offices of Michael Y. Lo | | | | | | |

## Property Detail Report

Subject Property

**14127 Tiger Lily Ct**
**Corona, CA 92880-3225**
**Riverside County**

### Owner Info:

| | | | |
|---|---|---|---|
| Owner Name : | **Tseng Sandra** | Tax Billing Zip+4 : | **3225** |
| Mail Owner Name : | **Sandra Tseng** | Recording Date : | **04/20/2005** |
| Owner Vesting : | **Single Woman** | Annual Tax : | **$5,949** |
| Tax Billing Address : | **14127 Tiger Lily Ct** | County Use Code : | **Single Fam Resid** |
| Tax Billing City & State : | **Corona CA** | State Use : | **R01001** |
| Tax Billing Zip : | **92880** | Universal Land Use : | **SFR** |

### Location Info:

| | | | |
|---|---|---|---|
| Zoning : | **Sp Zone** | School District : | **Corona Norco** |
| Tract Number : | **28687** | TGNO : | **713-A2** |
| Panel Date : | **04/15/1980** | Census Tract : | **406.11** |
| Flood Zone Panel : | **0602450680A** | Carrier Route : | **R033** |
| Flood Zone Code : | **C** | | |

### Tax Info:

| | | | |
|---|---|---|---|
| Tax ID : | **144-361-024** | Improved Assessment : | **$256,000** |
| Alt APN : | **144-361-024** | Total Assessment : | **$329,000** |
| Tax Year : | **2011** | % Improv : | **78%** |
| Annual Tax : | **$5,949** | Tax Area : | **27002** |
| Assessment Year : | **2012** | Legal Description : | **.13 Acres M/L In Lot 54 Mb 339/056 Tr 28687** |
| Land Assessment : | **$73,000** | Lot Number : | **54** |

### Characteristics:

| | | | |
|---|---|---|---|
| Cooling Type : | **Central** | Heat Type : | **Central** |
| Lot Acres : | **.13** | Lot Sq Ft : | **5,663** |
| Garage Type : | **Attached Garage** | Garage Sq Ft : | **733** |
| Building Sq Ft : | **2,757** | Roof Material : | **Tile** |
| Stories : | **2** | Total Units : | **1** |
| Bedrooms : | **5** | Total Baths : | **3** |
| Full Baths : | **3** | Year Built : | **2004** |
| Fireplaces : | **1** | Other Imprvs : | **Yes** |
| Water : | **Type Unknown** | Sewer : | **Type Unknown** |
| Price Per Sq Ft : | **$180.99** | | |

### Last Market Sale:

| | | | |
|---|---|---|---|
| Recording Date : | **04/20/2005** | Deed Type : | **Grant Deed** |
| Settle Date : | **03/28/2005** | Owner Name : | **Tseng Sandra** |
| Sale Price : | **$499,000** | Seller : | **Trim ark Pacific - Willows Llc** |
| Document No : | **309492** | | |

### Sales History:

| | |
|---|---|
| Recording Date : | **04/20/2005** |
| Sale Price : | **$499,000** |
| Buyer Name : | **Tseng Sandra** |
| Seller Name : | **Trim ark Pacific - Willows Llc** |
| Document No : | **309492** |
| Document Type : | **Grant Deed** |

### Mortgage History:

| | | | | |
|---|---|---|---|---|
| Mortgage Date : | **03/07/2007** | **03/07/2007** | **08/10/2006** | **08/10/2006** |
| Mortgage Amt : | **$167,800** | **$417,000** | **$163,500** | **$417,000** |
| Mortgage Lender : | **Hsbc Mtg Corp (Usa)** | **Hsbc Mtg Corp (Usa)** | **Pmc Bancorp** | **Pmc Bancorp** |
| Mortgage Type : | **Conventional** | **Conventional** | **Conventional** | **Conventional** |

# AERIAL MAP

| Owner | Sandra Tseng | | | | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County  Riverside | | State  CA | Zip Code  92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



# PLAT Map

| Owner | Sandra Tseng | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | | |
| City | Corona | County | Riverside | State | CA | Zip Code | 92880 |
| Client | Law Offices of Michael Y. Lo | | | | | |



# Building Sketch

| Owner | Sandra Tseng | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | | | |
| City | Corona | County | Riverside | State | CA | Zip Code | 92880 |
| Client | Law Offices of Michael Y. Lo | | | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 1489.00 | |
| | Second Floor | 1271.00 | 2760.00 |
| GAR | Garage | 750.00 | 750.00 |
| | | | |
| **TOTAL LIVABLE** | **(rounded)** | | **2760** |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 4.0 x 13.0 | 52.00 |
| 15.0 x 30.0 | 450.00 |
| 15.0 x 30.0 | 450.00 |
| 3.0 x 12.0 | 36.00 |
| 16.0 x 24.0 | 384.00 |
| 9.0 x 13.0 | 117.00 |
| Second Floor | |
| 18.0 x 30.0 | 540.00 |
| 15.0 x 28.0 | 420.00 |
| 1.0 x 11.0 | 11.00 |
| 15.0 x 20.0 | 300.00 |
| **10 Calculations Total (rounded)** | **2760** |

**Location Map**

| Owner | Sandra Tseng | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | | | |
| City | Corona | | County | Riverside | State | CA | Zip Code | 92880 |
| Client | Law Offices of Michael Y. Lo | | | | | | |



# Subject Photo Page

| Owner | Sandra Tseng | | | | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County  Riverside | | State  CA | Zip Code  92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



### Subject Front

| | |
|---|---|
| 14127 Tiger Lily Ct | |
| Sales Price | |
| Gross Living Area | 2,760 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 5560 sf |
| Quality | Q3 |
| Age | 9 |



### Subject Rear



### Subject Street

## Interior Photos

| Owner | Sandra Tseng | | | | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County | Riverside | State CA | Zip Code 92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



**LIVING ROOM**



**Family Room**



**Kitchen**



**BEDROOM #1**



**BEDROOM #2**



**BEDROOM #3**



**BEDROOM #4**



**BEDROOM #5**



**BATH#1**



**BATH#2**



**BATH#3**



**PATIO/BBQ**

# Comparable Photo Page

| Owner | Sandra Tseng | | | | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County Riverside | | State CA | Zip Code 92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



### Comparable 1

13765 Woodcrest Ct
| | |
|---|---|
| Prox. to Subject | 0.95 miles NE |
| Sale Price | 330,000 |
| Gross Living Area | 2,819 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 11 |



### Comparable 2

7840 Serenity Falls Rd
| | |
|---|---|
| Prox. to Subject | 0.19 miles SE |
| Sale Price | 330,000 |
| Gross Living Area | 2,705 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8276 sf |
| Quality | Q3 |
| Age | 7 |



### Comparable 3

14072 Almond Grove Ct
| | |
|---|---|
| Prox. to Subject | 0.06 miles E |
| Sale Price | 300,000 |
| Gross Living Area | 2,757 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 5662 sf |
| Quality | Q3 |
| Age | 9 |

# Comparable Photo Page

| Owner | Sandra Tseng | | | | |
|---|---|---|---|---|---|
| Property Address | 14127 Tiger Lily Ct | | | | |
| City | Corona | County  Riverside | | State  CA | Zip Code  92880 |
| Client | Law Offices of Michael Y. Lo | | | | |



### Comparable 4

| | |
|---|---|
| 7663 Windflower Ct | |
| Prox. to Subject | 0.18 miles NE |
| Sale Price | 350,000 |
| Gross Living Area | 2,356 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6098 sf |
| Quality | Q3 |
| Age | 12 |



### Comparable 5

| | |
|---|---|
| 7315 Valley Meadow Ave | |
| Prox. to Subject | 0.54 miles N |
| Sale Price | 344,500 |
| Gross Living Area | 2,975 |
| Total Rooms | 9 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 6534 sf |
| Quality | Q3 |
| Age | 12 |



### Comparable 6

| | |
|---|---|
| 7456 Clementine Dr | |
| Prox. to Subject | 0.37 miles N |
| Sale Price | 313,400 |
| Gross Living Area | 2,600 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 5663 sf |
| Quality | Q3 |
| Age | 12 |



Business, Transportation & Housing Agency

# OFFICE OF REAL ESTATE APPRAISERS
# REAL ESTATE APPRAISER LICENSE

### Tony C. Hwang

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER:    AG 004083

Effective Date:    February 4, 2013
Date Expires:    February 3, 2015

Jim Martin, Director, OREA

3004467

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

# EXHIBIT C

# HSBC ◆❚◆   MONTHLY MORTGAGE STATEMENT

| | |
|---|---|
| Loan Number: | 8297519 |
| Statement Date: | 03/15/2013 |
| Due Date: | 04/01/2013 |
| Current Principal Balance: | $382,746.23 |
| Deferred Interest: | $.00 |
| Current Interest Rate: | 2.12500% |
| Current Escrow Balance: | $1,906.71 |
| Escrow Overdraft Balance: | $.00 |
| Unapplied Funds Balance: | $.00 |
| Current Payment Amount: | $2,273.14 |
| Delinquent Payments Due: | $.00 |
| Unpaid Late Charges Due: | $.00 |
| Unpaid Other Fees Due: | $.00 |
| TOTAL AMOUNT DUE: | $2,273.14 |
| Year to Date Principal Paid: | $5,081.66 |
| Year to Date Taxes Paid: | $2,850.24 |
| Year to Date Interest Paid: | $3,615.94 |

**TELEPHONE NUMBERS:**
Home:
Work:

SANDRA TSENG
14127 TIGER LILY COURT
CORONA CA 92880-3225

4529

PROPERTY ADDRESS:   14127 TIGER LILY COURT
CORONA CA 92880-0000

*\* Please refer to Mortgage Interest Statement sent in
January for IRS reporting information.*

## TRANSACTION ACTIVITY SINCE LAST STATEMENT

| Date | Due Date | Description | Total Received | Interest | Principal | Escrow | Late Charges and Other Fees | Other/Optional Products | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|
| 03-12 | 03-13 | COUNTY TAX | $2,850.24- | | | $2,850.24- | | | |
| 03-15 | 03-13 | PAYMENT | $2,273.14 | $679.59 | $1,019.93 | $573.62 | | | |
| 03-15 | 06-13 | SPEED PAY FEE | $20.00 | | | | | $20.00 | |

As of February 1st, 2013, the hours of operation for our Customer Service Department will be 8:30am - 8:30pm ET Monday thru
Friday. A Customer Service representative will no longer be available on Saturday or Sunday. Our Automated Response Line is
available 24 hours a day, 7 days a week. If you are registered for HSBC's internet banking, you can also send a secure e-mail
through our website at www.us.hsbc.com.

Detach at perforation and return payment coupon with payment.

0829975195 0000227314 0000235612 7

# HSBC ◆X◆

**HOME EQUITY LINE OF CHOICE**
**MONTHLY STATEMENT**

PAGE 1 OF 2

Toll Free Customer Service:  1-800-338-4626
Visit us at www.us.hsbc.com

| | |
|---|---|
| ACCOUNT NUMBER: | 8297522 |
| BILLING DATE: | 08/15/2012 |
| CURRENT DUE DATE: | 09/10/2012 |
| DAYS IN BILLING PERIOD: | 33 |
| CREDIT LINE LIMIT: | 167,800.00 |
| NEW BALANCE: | 171,634.30 |
| AVAILABLE CREDIT: | 0.00 |
| ESCROW BALANCE: | 0.00 |
| CURRENT PAYMENT AMOUNT: | 595.63 |
| PAST DUE AMOUNT: | 3,238.67 |
| TOTAL AMOUNT DUE: | 3,834.30 |
| IF PAID AFTER  09/25/2012 | 3,862.75 |

SANDRA TSENG
14127 TIGER LILY COURT
CORONA CA 92880-3225

PROPERTY ADDRESS: 14127 TIGER LILY COURT
CORONA, CA 92880

## ACCOUNT SUMMARY

### How we arrived at your new balance:

| PREVIOUS BALANCE | + ADVANCES, LATE CHARGES AND FEES | - CREDITS & PAYMENTS | + FINANCE CHARGES | +/- CREDIT/DEBIT | = NEW BALANCE |
|---|---|---|---|---|---|
| $171,038.67 | $26.72 | $.00 | $568.91 | $.00 | $171,634.30 |

### How we arrived at your payment due:

| | BALANCE | FINANCE CHARGES/FEES | PRINCIPAL DUE | ESCROW DUE | LATE CHARGES AND FEES | CURRENT PAYMENT AMOUNT |
|---|---|---|---|---|---|---|
| HOME EQUITY LINE OF CHOICE | $167,800.00 | $568.91 | $.00 | $.00 | $26.72 | $595.63 |
| LOAN 1 | LOAN AVAILABLE | | | | | |
| LOAN 2 | LOAN AVAILABLE | | | | | |
| LOAN 3 | LOAN AVAILABLE | | | | | |
| LOAN 4 | LOAN AVAILABLE | | | | | |
| TOTAL | $167,800.00 | $568.91 | $.00 | $.00 | $26.72 | $595.63 |

The security instrument you signed gives us the right to inspect the mortgaged property and to take other action to protect the property... determine the condition of the property and will continue to inspect at least every thirty (30) days until the account becomes current. In addition, HSBC will order a property valuation and, if the loan or line of credit is a second mortgage, a title update. The costs associated with obtaining these items will be added to the amount due and will be secured by the property, as provided in your security instrument.

Please note that this is an attempt to collect a debt and any information obtained will be used for that purpose.

We are here to help you and we have workout options available. Don't be fooled by Foreclosure and Modification Rescue Scams that are popping up at an alarming rate nationwide. HSBC Bank USA, N.A. should be your starting point for finding options to avoid foreclosure. Speak with someone in our Loss Mitigation Department at 1-800-338-8441 or visit our website for more information at http://www.us.hsbc.com/1/2/3/personal/home-loans. Click on the link: "Facing mortgage and home equity payment difficulties" to learn more.

*Retain this portion of the statement for your records*

0829975225 0000383430 0000386275 2

RECORDING REQUESTED BY
CIR LAW OFFICES, LLP

DOC # 2011-0039791
01/25/2011 04:47P Fee:26.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

WHEN RECORDED MAIL TO
NAME  ELENA PEREZ

MAILING  CIR LAW OFFICES, LLP
ADDRESS  8665 GIBBS DR STE 150

CITY, STATE  SAN DIEGO CA
ZIP CODE  92123

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
| | | NOTICE SENT | | | | T: | | CTY | UNI |

T I T L E(S)

C

ABSTRACT OF JUDGMENT

Legal
Solutions
& Plus

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number)/Recording requested by and return to: | (800)-496-8909 |

TARA MUREN SBN Bar #: 260154
MANDIE BULLOCK SBN Bar #: 259437
CIR LAW OFFICES,LLP
8665 GIBBS DR. SUITE 150
SAN DIEGO CA 92123  File No.: 353208-7

☒ ATTORNEY FOR   ☒ JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

STREET ADDRESS: 4050 MAIN STREET
MAILING ADDRESS:
CITY AND ZIP CODE: RIVERSIDE CA 92501
BRANCH NAME: COUNTY OF RIVERSIDE, RIVERSIDE COURT - LIMITED CIVIL

**FOR RECORDER'S USE ONLY**

PLAINTIFF: DISCOVER BANK

DEFENDANT: SANDRA TSENG

CASE NUMBER:
RIC10019092

ABSTRACT OF JUDGMENT—CIVIL   ☐ Amended
AND SMALL CLAIMS

**FOR COURT USE ONLY**

1. The ☒ judgment creditor ☐ assignee of record
applies for an abstract of judgment and represents the following:
  a. Judgment debtor's
        Name and last known address

  ┌─────────────────────────────────────┐
  │  SANDRA TSENG                        │
  │  14127 TIGER LILY CT                 │
  │  CORONA CA 92880                     │
  └─────────────────────────────────────┘

  b. Driver's license No. and state:                    ☒ Unknown
  c. Social Security No.: 8744                           ☐ Unknown
  d. Summons or notice of entry of sister-state judgment was personally served or
     mailed to (name and address): SANDRA TSENG, 14127 TIGER LILY
CT CORONA CA 92880

2. ☐  Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
DISCOVER BANK
  C/O CIR LAW OFFICES,LLP
  8665 GIBBS DR. SUITE 150
  SAN DIEGO CA 92123
Date: 1/13/2011

        MANDIE BULLOCK
        (TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.

5. ☐ Original abstract recorded in this county:
  a. Date:
  b. Instrument No.:

▶ _____
        (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
     $ 13,142.72

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 12/16/2010

  b. Renewal entered on (date):

9. ☐  This judgment is an installment judgment.

10. ☐ An ☐ execution ☐ attachment lien
is endorsed on the judgment as follows:
  a. Amount: $
  b. In favor of (name and address):

11. A stay of enforcement has
  a. ☒ not been ordered by the court.
  b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that the following is a true and correct
abstract of judgment entered in this action.
  b. ☐ A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date):

**JAN 2 1 2011**

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

ABSTRACT OF JUDGMENT—(CIVIL)
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: DISCOVER BANK | CASE NUMBER: |
|---|---|
| DEFENDANT: SANDRA TSENG | RIC10019092 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment Creditor (name and address):          14. Judgment Creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. _____ Name and last known address          17. _____ Name and last known address

Driver's license No. & state:          ☒ Unknown     Driver's license No. & state:          ☐ Unknown
Social Security No.:                    ☒ Unknown     Social Security No.:                    ☐ Unknown
Summons was personally served at or mailed to (address):     Summons was personally served at or mailed to (address):

18. _____ Name and last known address          19. _____ Name and last known address

Driver's license No. & state:          ☐ Unknown     Driver's license No. & state:          ☐ Unknown
Social Security No.:                    ☐ Unknown     Social Security No.:                    ☐ Unknown
Summons was personally served at or mailed to (address):     Summons was personally served at or mailed to (address):

20. ☐ Continued on attachment 20

# EXHIBIT D

Michael Y. Lo, Esq.
Bar # 101702
Law Offices of Michael Y. Lo
506 North Garfield Avenue, #280
Alhambra, CA 91801
Telephone: (626)289-8838
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case # 6:13-bk-14571-MJ |
| Sandra Tseng, | ) Chapter 13 |
| | ) **DECLARATION OF TONY HWANG** |
| | ) **(APPRAISER)** |
| Debtor. | ) |

## DECLARATION OF TONY HWANG

I, TONY HWANG, declare as follows:

1. I am the above-named declarant and if called upon to testify, I would do so competently and state under oath that the information provided herein is true and correct of my own personal knowledge.

2. This declaration is submitted in support of Debtor's motion to value property and to strip fully the under secured junior lien.

3. I have been actively engaged in the area of real estate appraising since 1985.

-1-

4. Attached to my declaration as Exhibit "C" and incorporated by reference is a true and correct copy of the appraisal prepared by me in support of my opinion that the subject property in its present condition is worth approximately $325,000 exclusive of commission upon a sale.

5. Filed concurrently with said appraisal, (Exhibit "D") is a copy of my resume which demonstrates my qualifications as an appraiser.

I declare under penalty of perjury that the within declaration is true and correct and that this declaration was executed in the City of San Pedro, State of California on March 25, 2013.

Tony Hwang

TONY HWANG
23312 MARIGOLD AVE. #T202
TORRANCE, CA 90502
TEL:(626)448-1149
FAX:(626)447-5992
CELL(626)215-5318
EMAIL:TONYHWANGAPPRAISAL@GMAIL.COM


RESUME


EDUCATION:
BA-FINANCE, UNIVERSITY OF OREGON, 1979

LICENSES:
CALIFORNIA REAL ESTATE SALES 1980 AND BROKER SINCE 1984
CALIFORNIA CERTIFIED GENERAL APPRAISER SINCE 1992

WORK EXPERIENCE:
CURRENT: INDEPENDENT APPRAISER SINCE 1988 AND STATE CERTIFIED
SINCE 1992. PRIMARYILY APPRAISING 1-4 UNITS, APARTMENTS AND
COMMERCIAL/INDUSTRAIL PROPERTIES.

PAST: STAFF APPRAISER: STARTED APPRASING AS A STAFF APPRAISER
FOR GIBRALTAR SAVINGS FROM 1985 TO 1986. CONTINUED AS A STAFF
APPRAISER FOR DOWNEY SAVINGS FROM 1986 TO 1988.


SERVICE COVERAGE AREA:

SOUTHERN CALIFORNIA(LOS ANGELES COUNTY, ORANGE COUNTY, SAN
BERNARDINO COUNTY AND RIVERSIDE COUNTY).

TONY HWANG
TONY HWANG APPRAISAL
23312 MARIGOLD AVE. #T202
TORRANCE, CA 90502
TEL.:(626)448-1149
FAX:(626)447-5992
CELL:(626)215-5318
EMAIL:TONYHWANGAPPRAISAL@GMAIL.COM

PROFESSIONAL REFERENCES:
1. T.J. FINANCIAL, INC.:FRANKLIN WONG, (310)375-6013, (310)897-2127
181 W. HUNTING DR. #108, MONROVIA, CA 91016

2. UNION BANK:GEORGE VELAZQUEZ, (714)990-7401
145 S. STATE COLLEGE BLVD. #600, BREA, CA 92821

3. SUPREME FUNDING CORP:TONY WU:(626)309-1968, CELL:(626)617-7848
9228 LAS TUNAS DR. TEMPLE CITY, CA 91780

4. LIGHTHOUSE FINANCIAL:BETTY CHANG:(626)447-5995, CELL:(626)375-8115
172 W. LIVE OAK AVE. ARCADIA, CA 91007

5. CCL LENDING:VIVIAN CHAN:(626)281-2030, CELL:(626)712-9087
9124 LAS TUNAS DR. TEMPLE CITY, CA 91780


AND MORE, UPON REQUEST.